UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WALTER VEGA,

    Petitioner,

v.                                Case No: 2:11-cv-413-FtM-38CM

SECRETARY, DOC and P. J. MECUSKER,

    Respondents.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on Petitioner Walter Vega's Motion for Leave to Appeal *In Forma Pauperis* (Doc. 117) filed on February 20, 2018. As noted in the first three denials of Petitioner's motions (Doc. 99; Doc. 109; Doc. 111), any appeal by Petitioner would not be taken in good faith under rule 24(a) of the Federal Rules of Appellate procedure because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper.

Accordingly, it is now

**ORDERED:**

Petitioner Walter Vega's Motion for Leave to Appeal *In Forma Pauperis* (Doc. 117) is **DENIED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of February, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record
SA: FTMP-2